

ORDERED in the Southern District of Florida on August 26, 2016.

                                                         A. Jay Cristol, Judge
                                                         United States Bankruptcy Court

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                           CASE NO. 16-16694-AJC
AURORA GARCIA LOZADA                 CHAPTER 13

        Debtor,
_____/

ORDER SUSTAINING OBJECTION TO CLAIM 1-1, DE #34

**THIS CAUSE** having come before the court on August 23, 2016 upon the Debtor, Aurora Garcia Lozada's Objection to Claim Number 1-1, (D.E. #34), this Court having considered the basis for the objection and being otherwise duly advised in the premises, it is

**ORDERED** that Aurora Garcia Lozada's objection to the claim is hereby **SUSTAINED**.

The claim is allowed but with a reduction of amount from $2,262.32 to $314.22.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 266-1150 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).