

**ORDERED in the Southern District of Florida on October 25, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                             Chapter 13
                                                                   Case No.  16-16694-AJC

Aurora Garcia Lozada,

    Debtor.
_____/

**AGREED ORDER SUSTAINING IN PART AND DENYING IN PART
DEBTOR'S OBJECTION TO BANK OF AMERICA, N.A.'S CLAIM NO. 2-1 (D.E # 44)**

**THIS CAUSE** came before the Court upon Debtor's Objection to Claim on Shortened Notice (D.E. #44)(the "Objection") filed on August 26, 2016 and the Response thereto of Bank of America, N.A. (D.E. #56) filed on September 26, 2016. The Court noting that the parties are in agreement and having considered the matter and based on the record, it is

**ORDERED** and **ADJUDGED**:

1. That Claim No. 2-1 filed by Bank of America, N.A. shall be allowed as filed for the collateral described as:

**2007 CHRYSLER 300, VIN 2C3LA53C77H602560** (the "Collateral")

*Agreed Order*
*MLG #16-11650*

2.	The Claim is allowed but with no distribution from the Chapter 13 Trustee.

3.	The parties have agreed that automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code shall be terminated in favor of Bank of America, N.A. as to its interest in the Collateral.

4.	The parties have agreed that the automatic stay is modified for the sole purpose of allowing Bank of America, N.A. to obtain *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Collateral, to gain possession of said Collateral, to have such other and further *in rem* relief as is just, but that Bank of America, N.A. shall not obtain *in personam* relief against the Debtor.

###

**Submitted by:**

Connie J. Delisser, Esq., Attorney for Movant
**Marinosci Law Group, P.C.**
100 West Cypress Creek Road, Suite #1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704 | Fax: (954) 772-9601 | Email: cdelisser@mlg-defaultlaw.com

***Connie J. Delisser, Esq. is directed to serve copies of this order on the parties listed below and file a Certificate of Service.***