UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 16-16694-BKC-AJC
PROCEEDING UNDER CHAPTER 13

AURORA GARCIA LOZADA

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on _____MAR 14 2017_____.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/ _____
☐ Adisley Cortez-Rodriguez, Esq.
   FLORIDA BAR NO: 0091727
☐ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☒ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 16-16694-BKC-AJC

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
AURORA GARCIA LOZADA
14554 SW 161 CT
MIAMI, FL  33196

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL  33126

```
01/06/2017 FRI 16:19      FAX                                            ☑001
         *********************
         *** FAX TX REPORT ***
         *********************

         TRANSMISSION OK

         JOB NO.              4213
         DESTINATION ADDRESS  18885545607
         SUBADDRESS
         DESTINATION ID       CORONA, RICARDO
         ST. TIME             01/06 16:19
         TX/RX TIME           00'31
         PGS.                 1
         RESULT               OK
```

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

JANUARY 5, 2017

In Re: **16-16694- AJC**
       **AURORA GARCIA LOZADA**

Dear RICARDO CORONA, ESQUIRE

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that **UNITED STATES TREASURY** had agreed to the Debtor's treatment of its collateral.

- ☐ A secured creditor [Court claim# ] is not provided for in the Plan
- ☐ A secured creditor [Court claim# ] is treated outside the Plan but the claim's arrearage is not addressed
- ☐ An unsecured priority creditor [Court claim# ] is not provided for in the Plan or the Plan does not conform to the claim
- ☐ Unresolved Objection to claim DE#
- ☐ Plan seeks to value collateral secured by [Creditor name] and no Motion to Value has been filed
- ☐ Motion to Value DE#[ ] filed with no Order
- ☐ Discrepancy between the Order DE#[ ] and the Plan or scrivener's error identified [ ]
- ☐ Plan fails to provide for 100% of allowed unsecured claims
- ☐ Plan seeks to value the collateral and the creditor did not file a proof of claim. Move to vacate the Motion to Value with no Order or the Order on Motion to Value and agree to redirect funds to the general unsecured creditors and submit an agreed Order.
- ☑ **Other: IRS PRIORITY POC#1.2 FILED, HIGHER THAN PLAN**

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this and the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.