## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)
☐ __ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☑ **2nd Modified** __ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Aurora Garcia Lozada**          JOINT DEBTOR: _____          CASE NO.: **16-16694-AJC**

Last Four Digits of SS# **xxx-xx-0619**          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **1,596.79** for months **1** to **13** ;
B. $ **4,576.96** for months **14** to **24** ;
C. $ **4,272.93** for months **25** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **6,000.00** TOTAL PAID $ **1,700.00**

Balance Due $ **4,300.00** payable $ **99.23** /month (Months **1** to **13** )

Balance Due $ **3,010.00** payable $ **273.63** /month (Months **14** to **24** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Federal National Mortgage**          Arrearage on Petition Date $ **84,431.22**

**5000 Plano Pkwy; Carrollton, TX 75010**

Address: _____          Arrears payment $ **1,796.40** /month (Months **14** to **60**)

Principal Payment **1,337.89** (Months **1** to **13**)

Account No: **xxxx9355**          Regular Payment $ **1,758.83** /month (Months **14** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | 0% | $ | 0 To 0 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

Internal Revenue Services

PO Box 7317

**1.** Philadelphia PA 19101          Total Due $ **314.22**

Payable **4.83** /month (Months **1** to **13**) Regular Payment $ _____

Acct XXX0619          Payable $ **5.34** /month (Months **14** to **60**) Regular Payment $ **N/A**

Unsecured Creditors: Pay $**98.45** /month (Months **1** to **13**).

$**285.07**/month (Months **14** to **60** ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**

**-NONE-**

**Assumed Contracts and/or Leases**

**-NONE-**

**Special Intentions:**
**World Omni Financial: Debtor will pay claim directly.**

LF-31 (rev. 01/08/10)

**The Debtors will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Aurora Garcia Lozada**
**Aurora Garcia Lozada**
Debtor

Date:    **July 24, 2017**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy